COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: Guy               William
       (Last)              (First)                          (Middle Initial)

Prisoner Number: C53829

Institutional Address: Salinas Valley State Prison
Soledad, California 93960

**FILED**
JUN 20 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

William Guy
(Enter your full name.)

CV 16 3430 JD

vs.

California Department of Rehabilitation and Corrections, ICT, at;

(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

Jury Trial Demand

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  Salinas Valley State Prison

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☒   NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: My administrative remedies has been properly noted, (value) proved to Court staff

2. First formal level: yes

3. Second formal level: yes

4. Third formal level: yes

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

Put has been exhausted, this has been an ongoing violations of my rights.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Guy Williams C-53879 B1-114 Salinas Valley State Prison Soledad, CA 93960

B. For each defendant, provide full name, official position and place of employment.

M.L. Muniz (Warden); Chief Medical Officer, et, al John Does of Salinas Valley State Prison

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

It a irrefutable fact that I have hepatitis C and I was treated for (3) weeks, after my treatment I was informed it was affected. Then it was reported the testing was negative which means I ignored the medication. It's been (7) months and I haven't been given no treatment. I was told it will take care of itself you're not worth the money to pay for the medication. This is deliberately indifferent to my serious medical need, even tho I'm a prisoner doesn't make me an animal.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

To be provided with medical care consistent with my Eighth Amendment rights; Plaintiff seeks declaratory relief and declare the rights of the parties, issue an injunctive relief for prison officials to provide the medication and for damages according to proof.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: June 17, 2016               Qvy
               Date                      Signature of Plaintiff

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Terrance Moord, declare:

I am over 18 years of age and ~~a~~ NOT party to this action. I am a resident of Salinas Valley State Prison, in the county of Monterey, State of California. My prison address is: P.O. Box 1050 Soledad, CA 93460.

On June 12th, 2016
 (DATE)

I served the attached: 42 U.S.C. 1983 Civil Rights Complaint
 (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S. Courthouse
Northern Dist
450 Golden Gate Ave
San Francisco, CA 92106

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2016
 (DATE)                                    (DECLARANT'S SIGNATURE)

R. Terrance Kent Mead
B3-151
P.O. Box 1050
Salinas Valley State Prison
Soledad, CA 93960

**STATE PRISON**
**GENERATED MAIL**

U.S. District Court
Northern District
Office of the Clerk
450 Golden Gate Ave
San Francisco, CA 94102

RECEIVED
JUN 17 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. POSTAGE ) PITNEY BOWES
ZIP 93960
02 1W
0001393392  JUN 15 2016
$000.67⁵


