UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. 16-cv-03430-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. Nos. 16, 17, 18 |

Plaintiff proceeds pro se with a civil rights action. Defendants were served, waived the right to answer the complaint and have requested an extension to file a motion for summary judgment. Plaintiff has now requested that the case be dismissed without prejudice. Pursuant to plaintiff's notice of voluntary dismissal (Docket No. 18) under Rule 41(a) of the Federal Rules of Civil Procedure, this case is **DISMISSED** without prejudice.

The Clerk shall close the file and terminate all pending motions (Docket Nos. 16, 17) as moot.

**IT IS SO ORDERED.**

Dated: August 23, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 16-cv-03430-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 23, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Guy ID: C-53829
Salinas Valley State Prison
Soledad, CA 93960

Dated: August 23, 2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO